# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  15−12283−JKS
          Chapter:  13
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Oates
   49 Watchung Avenue
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0326

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 24, 2015.

On 11/15/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:               December 13, 2018
Time:              08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 16, 2018
JAN: rh

                                                                                             Jeanne Naughton
                                                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 15-12283-JKS
James Oates                                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2              Date Rcvd: Nov 16, 2018
                                Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db          +James Oates,    49 Watchung Avenue,    West Orange, NJ 07052-6006
aty         +Shapiro and Denardo, LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
lm          +CARRINGTON MORTGAGE SERVICES, LLC,    1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5951
cr          +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
515321156   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr. #35,
                Parsippany, NJ 07054)
515331909    Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2018 23:48:14    U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2018 23:48:10    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:50:19    Synchrony Bank,    Ramesh Singh,
              c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515321153   +E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2018 23:47:30    Ally Financial,
              P O Box 380901,    Bloomington, MN 55438-0901
515366302    E-mail/Text: ally@ebn.phinsolutions.com Nov 16 2018 23:47:30    Ally Financial,
              PO Box 130424,    Roseville, MN 55113-0004
515341407    E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 23:47:45    Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA 19101-7346
517104610    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 23:50:09
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517104611    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 00:12:09
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
515341406   +E-mail/Text: bankruptcy@savit.com Nov 16 2018 23:49:14    Sa-vit Enterprises,
              46 W. Ferris Street,    East Brunswick, NJ 08816-2159
515390285    E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 23:50:19    Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515321155*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                 Cedar Rapids, IA 52408)
515321154    ##+Carrington Mortgage Services,    1610 E. St Andrews Pl,    #B150,    Santa Ana, CA 92705-4931
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                               Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:

         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON
MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES cwohlrab@logs.com,
njbankruptcynotifications@logs.com
         Clifford B. Frish    on behalf of Debtor James  Oates yrodriguez@goldmanlaw.org,
cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
         Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation
NJ_ECF_Notices@McCalla.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Mark  Goldman    on behalf of Debtor James  Oates yrodriguez@goldmanlaw.org,
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
         Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation
NJ_ECF_Notices@McCalla.com
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
rsolarz@kmllawgroup.com

        TOTAL: 9