| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on October 27, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>JAMES OATES | Case No.:  15-12283 JKS<br><br>Hearing Date:  10/24/2019 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JAMES OATES

Case No.: 15-12283

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 10/24/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a personal injury motion by 11/7/2019 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 12/12/19 at 10:00 AM.