**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    JAMES OATES

**Order Filed on October 27, 2019**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  15-12283 JKS

Hearing Date:  10/24/2019

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JAMES OATES

Case No.: 15-12283

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 10/24/2019 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a personal injury motion by 11/7/2019 or the case will be dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's Certification of Default will be adjourned to 12/12/19 at 10:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:  
James Oates  
    Debtor

Case No. 15-12283-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 28, 2019  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db    +James Oates,   49 Watchung Avenue,   West Orange, NJ 07052-6006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:

    Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
    Clifford B. Frish   on behalf of Debtor James Oates yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
    Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
    Kevin P. Diskin   on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Mark Goldman   on behalf of Debtor James Oates yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
    Melissa N. Licker   on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@mccalla.com  
    Rebecca Ann Solarz   on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

    TOTAL: 9