UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 15-12283 |
| JAMES OATES | Chapter: 13 |
| | Judge: JKS |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__James Oates__, __the debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building<br>50 Walnut Street, 3rd Fl<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __December 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. ___, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Settlement of personal injury claim arising out of a mass tort litigation. |
|---|---|

| Pertinent terms of settlement: | After engaging in litigation, a settlement was reached in the amount of $240,000. The debtor will receive approximately $142,160.84 after the payment of personal injury attorneys' fees, costs and other expenses. The debtor will use the settlement proceeds to payoff his Chapter 13 plan. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Mark Goldman, Esq.  Goldman & Beslow LLC

Address: 7 Glenwood Avenue, Suite 311B, East Orange, NJ 07017

Telephone No.: 973-677-9000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 15-12283-JKS
James Oates                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                Page 1 of 2             Date Rcvd: Oct 31, 2019
                                Form ID: pdf905            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db          +James Oates,   49 Watchung Avenue,   West Orange, NJ 07052-6006
aty         +Shapiro and Denardo, LLC,   14000 Commerce Parkway,   Suite B,   Mount Laurel, NJ 08054-2242
lm          +CARRINGTON MORTGAGE SERVICES, LLC,   1600 SOUTH DOUGLASS ROAD,   ANAHEIM, CA 92806-5951
sp          +Ellis T. Hays II,    Ferrer Poirot Wansbrough,   2603 Oak Lawn Avenue,   Suite 3000,
              Dallas, TX 75219-4021
sp          +Ferrer Poirot Wansborough,   2603 Oak Lawn Avenue,   Suite 3000,   Dallas, TX 75219-4021
cr          +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, TX 75001-9013
515321156   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit Co,   4 Gatehall Dr. #35,
              Parsippany, NJ 07054)
515331909    Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2019 00:11:59     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2019 00:11:56     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 00:13:19     Synchrony Bank,   Ramesh Singh,
              c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
515321153   +E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2019 00:09:24     Ally Financial,
              P O Box 380901,   Bloomington, MN 55438-0901
515366302    E-mail/Text: ally@ebn.phinsolutions.com Nov 01 2019 00:09:24     Ally Financial,
              PO Box 130424,   Roseville, MN 55113-0004
515341407    E-mail/Text: cio.bncmail@irs.gov Nov 01 2019 00:11:09     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA 19101-7346
517104610    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 00:15:04
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
517104611    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 00:27:33
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541,
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
515341406   +E-mail/Text: bankruptcy@savit.com Nov 01 2019 00:12:56     Sa-vit Enterprises,
              46 W. Ferris Street,   East Brunswick, NJ 08816-2159
515390285    E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 00:14:44     Synchrony Bank,
              c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515321155*   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Co,   Toyota Financial Services,   Po Box 8026,
               Cedar Rapids, IA 52408)
515321154    ##+Carrington Mortgage Services,   1610 E. St Andrews Pl,   #B150,   Santa Ana, CA 92705-4941
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                  Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Oct 31, 2019
                              Form ID: pdf905            Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:

```
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON
           MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Clifford B. Frish     on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org,
           cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
           bestcase.com
          Denise E. Carlon    on behalf of Creditor     Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Francesca Ann Arcure     on behalf of Creditor     Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
          Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@mccalla.com
          Rebecca Ann Solarz     on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
                                                                                              TOTAL: 9
```