GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)
Mark Goldman, Esq. #MG-8019

Order Filed on December 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**JAMES OATES,**

        Debtor

Case No. 15-12283

Chapter: 13

Hearing Date: December 12, 2019

Judge: Hon. John K. Sherwood

## ORDER APPROVING SETTLEMENT AGREEMENT NUNC PRO TUNC AND APPROVING DISTRIBUTION OF PROCEEDS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 18, 2019**

/s/ John K. Sherwood

Honorable John K. Sherwood
United States Bankruptcy Court

Page: 2
Debtor(s): James Oates
Case No.: 15-12283 - Chapter 13
Caption: Order Approving Settlement Agreement Nunc Pro Tunc and Approving Distribution of Proceeds and Awarding Counsel Fees

---

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtor, Mark Goldman, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby

**ORDERED**, that the settlement agreement in the total amount of $240,000.00 is hereby approved, and it is further;

**ORDERED**, that payment of counsel fees in the approximate amount of $96,000.00 and other costs and expenses in the approximate amount of $1,839.16 shall be paid from the proceeds of the settlement to the special counsel, Ellis T. Hays II, Esq. of Ferrer, Poirot & Wansbrough ("Special Counsel") in accordance with the Retainer Agreement, dated July 4, 2017, between the debtor and Special Counsel, previously approved by this Court by Order dated August 7, 2019; and it is further;

**ORDERED**, that administrative priority counsel fees shall be awarded to the law firm of Goldman & Beslow, LLC upon submission of affidavit of services.

United States Bankruptcy Court
District of New Jersey

In re:  
James Oates  
    Debtor

Case No. 15-12283-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 18, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.  
db           +James Oates,    49 Watchung Avenue,    West Orange, NJ 07052-6006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2019 at the address(es) listed below:

         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
         Clifford B. Frish    on behalf of Debtor James  Oates yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com  
         Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Mark  Goldman    on behalf of Debtor James  Oates yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@mccalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
                                                                                                             TOTAL: 9