UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s), James Oates*

Order Filed on March 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**JAMES OATES,**

Debtor

Case No.: 15-12283

Chapter:   13

Judge:   JKS

## REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 6, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:        2
Debtor(s):   James Oates
Case No.:    15-12283/JKS

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $4,964.42 for services rendered and expenses in the amount of $ 0 for a total of $4,964.42 of which 0 has already been received by said attorney and of which the balance of $4,964.42 shall be paid by the Chapter 13 Standing Trustee; and it is further

**ORDERED**, that the allowance shall be payable through the Chapter 13 plan as an administrative expense from the proceeds of a certain personal injury settlement award previously approved by this Court by entry of an Order dated December 18, 2019 (Doc 103), which proceeds shall be used to pay-off the Chapter 13 case in full.

United States Bankruptcy Court
District of New Jersey

In re:  
James Oates  
    Debtor

Case No. 15-12283-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 06, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.  
db          +James Oates,    49 Watchung Avenue,    West Orange, NJ 07052-6006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:

         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
         Clifford B. Frish    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David G. Beslow    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Kevin P. Diskin    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@mccalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

                                                                                                                                   TOTAL: 10