UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 15-003663

Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC2 ASSET-BACKED PASS-THROUGH CERTIFICATES

Order Filed on September 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JAMES OATES,
      DEBTOR

Case No.: 15-12283-JKS

Judge: HONORABLE JOHN K. SHERWOOD

Chapter: 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 14, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

On August 21, 2020, an application was filed for the Claimant(s) <u>Wells Fargo Bank N.A., as trustee, for Carrington Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates,</u> for payment of unclaimed funds deposited with the court to <u>11 U.S.C. §2042</u>, the sum of $15,251.31. The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to <u>28 U.S.C. §2042</u>, the sum of $15,251.31 held in unclaimed funds be made payable to <u>Carrinton Mortgage Services, LLC</u> and be disbursed to the payee at the following address:

P.O. Box 3730
Anaheim CA 92806

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*Revised 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:  
James Oates  
    Debtor

Case No. 15-12283-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 15, 2020  
                Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.  
db            +James Oates,   49 Watchung Avenue,    West Orange, NJ 07052-6006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:

         Clifford B. Frish    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org,  
          cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         David G. Beslow    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org,  
          yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth L. Wassall    on behalf of Creditor   WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES ewassall@logs.com, njbankruptcynotifications@logs.com  
         Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
         Kathleen M. Magoon    on behalf of Creditor   WELLS FARGO BANK N.A. AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006- NC2 ASSET-BACKED PASS THROUGH CERTIFICATES kmagoon@logs.com, kathleenmagoon@gmail.com  
         Kevin P. Diskin    on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Goldman    on behalf of Debtor James   Oates yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
         Melissa N. Licker    on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com  
         Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

                                                                                                                         TOTAL: 11